# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| George Crane, III | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-14262-mdc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated October 28, 2020 and this case be and the same is hereby DISMISSED.

December 16, 2020

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:

Certification Concerning Credit Counseling and/or
    Certificate of Credit Counseling
Chapter 13 Plan
Pro Se Statement
Proper Form of Petition
Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106